UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Mary Hitchcock Memorial Hospital et al.</u>

            v.                    Case No. 07-cv-194-PB

<u>NH Department of Health and Human Services</u>

<u>O R D E R</u>

I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated June 27, 2007, no objection having been filed.

SO ORDERED.

August  2, 2007                      /s/ Paul Barbadoro
                                                Paul Barbadoro
                                                United States District Judge

cc:    Christopher Carter, Esq.